ACCEPTED
03-16-00855-CV
14452482
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/27/2016 12:08:10 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00855-CV

IN THE COURT OF APPEALS

3RD JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/27/2016 12:08:10 PM
JEFFREY D. KYLE
Clerk

_____

In re Mark Peltier and Jonna Peltier, Appellants

_____

MOTION FOR WITHDRAWAL OF COUNSEL

JAMIE GRAHAM & ASSOCIATES, PLLC
Jamie L. Graham
State Bar No. 24027335
Audrey E. Manriquez
State Bar No. 24029704
Tower Life Building
310 S. St. Mary's St., Suite 2500
San Antonio, Texas 78205
Tel: (210) 308-6448
Fax: (210) 308-5669
E-mail: jamie@jamiegrahamlaw.com
Attorneys for Appellants

TO THE HONORABLE COURT OF APPEALS:

1.      This Motion for Withdrawal of Counsel is brought by Jamie L. Graham and Audrey E. Manriquez of JAMIE GRAHAM & ASSOCIATES, PLLC, who are attorney of record for Jonna Peltier and James Mark Peltier. Jamie L. Graham and Audrey E. Manriquez of JAMIE GRAHAM & ASSOCIATES, PLLC request the Court to grant them permission to withdraw as attorney for Jonna Peltier and James Mark Peltier in this case.

2.      Good cause exists for withdrawal of Jamie L. Graham and Audrey E. Manriquez of JAMIE GRAHAM & ASSOCIATES, PLLC as counsel, in that they are unable to effectively communicate with Jonna Peltier and James Mark Peltier in a manner consistent with good attorney-client relations.

3.      A copy of this motion has been delivered to Jonna Peltier and James Mark Peltier, who are hereby notified in writing of their right to object to this motion. Jonna Peltier and James Mark Peltier have not consented to the motion.

4.      The last known address of Jonna Peltier and James Mark Peltier is 1621 Mikula Place, New Braunfels, Texas, 78130, and the last known phone number of Jonna Peltier and James Mark Peltier is (830) 822-4066.

5.      The pending settings and deadlines in this case are as follows:

   1) Fees Due in 3rd Court of Appeals- December 27, 2016

2) Docketing Statement Due in the 3rd Court of Appeals- December 27, 2016

3) Clerk's Record Due in the 3rd Court of Appeals- February 7, 2017

4) Court reporter's Record Due in the 3rd Court of Appeals- February 7, 2017

5) (Trial Court) Hearing on Motion for Enforcement in the Comal County Courthouse Annex, 150 N. Seguin Street, New Braunfels, Texas on December 30, 2016 at 9:00 a.m.

6. The following hearings have been held in this case and have been recorded by the court reporters set forth below:

| Type of Hearing | Date of Hearing | Transcript Requested? | Transcript Received? | Court Reporter's Name, Address, Tel. No. |
|---|---|---|---|---|
| Motion to Modify Temporary Orders | 07/10/2015 | Yes | Yes | Dana Dance, 105 N. Seguin, Suite 301, New Braunfels, Texas 78130 |
| Motion for Enforcement of Possession or Access | 09/15/2016 | No | No | Dana Dance, 105 N. Seguin, Suite 301, New Braunfels, Texas 78130 |
| Order of Enforcement by Contempt | 12/09/2016 | Yes | No | Dana Dance, 105 N. Seguin, Suite 301, New Braunfels, Texas 78130 |

7.     On entry of an order granting this motion and discharging Movants as attorney of record for Jonna Peltier and James Mark Peltier, Movants will provide Jonna Peltier and James Mark Peltier with the originals of all of Jonna Peltier and James Mark Peltier's discovery responses and documents Jonna Peltier and James Mark Peltier have produced in response to discovery requests.

**Notice to Client**

You are hereby notified that this Motion for Withdrawal of Counsel has been filed in the 3rd Court of Appeals.  You do not have to agree to this motion.  If you wish to contest the withdrawal of Jamie L. Graham and Audrey E. Manriquez of JAMIE GRAHAM & ASSOCIATES, PLLC as your attorney, you have a right to object. If you do not oppose Jamie L. Graham and Audrey E. Manriquez of JAMIE GRAHAM & ASSOCIATES, PLLC'S withdrawal as your attorney, you may notify Jamie L. Graham and Audrey E. Manriquez of JAMIE GRAHAM & ASSOCIATES, PLLC in writing of your consent to this motion.

## Prayer

Jamie L. Graham and Audrey E. Manriquez of JAMIE GRAHAM & ASSOCIATES, PLLC pray that the Court enter an order discharging them as attorney of record for Jonna Peltier and James Mark Peltier.

Respectfully Submitted,

JAMIE GRAHAM & ASSOCIATES, PLLC
Tower Life Building
310 S. St. Mary's St., Suite 2500
San Antonio, Texas 78205
Tel. (210) 308-6448
Fax (210) 308-5669

By:/s/ Jamie L. Graham
    Jamie L. Graham
    State Bar No. 24027335
    Audrey E. Manriquez
    State Bar No. 24029704
    Attorney for Respondents
    jamie@jamiegrahamlaw.com

<u>Certificate of Service</u>

I certify that a true copy of this Motion for Withdrawal of Counsel was served in accordance with Rule 9.5 and Rule 6.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

***<u>Via Facsimile @ 830-626-1414</u>***
The Bettersworth Law Firm
110 W. Faust Street
New Braunfels, Texas 78130
Tel: 830-606-0404
Fax: 830-626-1414

***<u>Via First Class and Certified Mail</u>***
Jonna Peltier and James Mark Peltier
1621 Mikula Place
New Braunfels, Texas, 78130

/s/ Jamie L. Graham
Jamie L. Graham
Audrey E. Manriquez